

# U.S DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

### LETTER OF REQUEST C/O INDIGENT ISSUES:
### IN REFERENCE TO RESTITUTION:

TO : UNITED STATES COURT HOUSE
    EASTERN DISTRICT OF NEW YORK
    225 CADMAN PLAZA (EAST)
    BROOKLYN N.Y. 11201

FROM: MR. GLEN MOORE
    50691-004
    Federal corr. instition;
    P.o.BOX 725 C2-U
    EDGEFIELD, SOUTH CAROLINA
                        29824

JULY 29 2005

DEAR:CLerk of the court office, and Honorable Judge Block,

   I hope this letter finds you in the best of health
and spirit, in all your future endeavors.

In the past of one of one of my criminal cases of 1995-2001
I was given some type of restitution to pay ,but in reference
9under a csae that had more than one persons involved. however,
the 'court judge' did not at that time give me a separate
share of the restittution amount under the (ACT)and I WAS
GIVEN MORE AT THAT ITME : that i can not afford to pay because
I am homeless still today ....
First, I AM INDIGENT,and I am in a homeless position ; and
I do not have employment (NOR) did I have my life on the right
track due to my inconsistencies following my arrest and
1995 -2001 sentencing.  I know that more than roughly one to 160
people was on that case in 1995-2001 endeavor; And I do
not have any (MONIES), and INDIGENCY ia my problem or else I
would have been honored to do so.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
* AUG 0 5 2005 *
BROOKLYN OFFICE

(2)

I i would like to see how i can be takened off that restitution plan and (ACT)...OF THAT !((%_@))! CASE MATTER: or given leniency on this matter of payments. If I can pay something if i am Homeless and indigent  (WHAT CAN I PAY?)

   PLEASE MAY YOU RIGHT ME TO LET ME KNOW IF THERE"S A RES-stitution remaining  or continuing payment c/o 1995-2001 case I HAD inthis court house...I do not remember the DOCKET NO. but do know the case was in 1995-2001.

   may this Honorable Court have mercy and leniency on my behalf. also forgive me for my past behaviors. May you have mercy on me once again in this situation, May you GRANT ME LENIENCY, BECAUSE OF MY HOMELESS STATE OF POSITION AND INDIGENCY.

   I WISH TO THANK YOU FOR YOUR TIME AND ATTENTION ON THIS MATTER. PLEASE WRITE IN RESPONSE TO THIS LETTER.

                                        REPECTFULLY YOURS

                                        *Mr Glen Moore*
                                        MR. GLEN MOORE
                                        50691-004



MR. GLEN MOORE 50691-004
federal correctional institution
P.O. BOX 725 C2-U
EDGEFIELD, SOUTH CAROLINA
29824

TO: United States Eastern District COURT
OF NEW YORK ( EAST ):
225 CADMAN PLAZA (EAST):
CLERK OF THE COURT / OFFICE C/O RESTITUTION;
BROOKLYN NEW YORK 11201
11201-3308